# ReedSmith
**Driving progress through partnership**

**Keyonn L. Pope**
Direct Phone:  +1 312 207 2414
Email:  kpope@reedsmith.com

Reed Smith LLP
10 South Wacker Drive
Chicago, IL 60606-7507
+1 312 207 1000
Fax +1 312 207 6400
reedsmith.com

November 6, 2020

**Via Email (legal@cloudflare.com)**

Elisa Durrette
Head of Legal - Commercial Transactions
Cloudflare, Inc.
101 Townsend Street
San Francisco, CA 94107

*RE: DMCA Notification*

Dear Ms. Durrette:

I write on behalf of Adtalem Global Education, Inc. ("Adtalem") and its subsidiaries Becker Professional Development Corporation ("Becker") and the Association of Certified Anti-Money Laundering Specialists LLC ("ACAMS").  Adtalem is a leading workforce solutions provider that partners with organizations to proactively address future workforce needs and empowers career development with access to world-class academic curriculums, certifications and training programs across the medical and healthcare and financial services industries.

We recently learned that your service is hosting https://vceplus.com/acams-certification/ ("Infringing Website") on its network.  The Infringing Website is offering for sale materials it represents as the CAMS Certification Exam, 6th Edition.  The CAMS Certification Exam is original, proprietary material and is registered with the Library of Congress as U.S. Copyright Nos. TX0008776514, TX0008776569, TX0008776552, and TX0008776565.  We have a good faith belief that this activity is not authorized by the copyright owner, its agent, or the law.  We assert that the information in this notification is accurate, based upon the data available to us.

Based on the foregoing, we ask that you consider the infringing nature of the Infringing Website operators' conduct, and whether the Infringing Website's activities violate your terms of services.

This correspondence does not constitute a waiver of any rights to recover damages incurred by virtue of any such unauthorized activities, and such rights as well as claims for other relief are expressly retained.  In addition, our used of your service's required notice form, if applicable, is merely meant to facilitate removal of the infringing material and is not meant to suggest or imply that your activities and services are within the scope of the DMCA safe harbor.

Feel free to contact me at kpope@reedsmith.com or 312.207.2414 to discuss this notice.

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG
HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI ♦ MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON
RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

US_ACTIVE-155873509.1-KLPOPE 11/06/2020 11:11 AM



Elisa Durrette
November 6, 2020
Page 2

Sincerely,

Keyonn L. Pope
Reed Smith LLP

KLP:tg