UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| ADTALEM GLOBAL EDUCATION INC., <br><br> Plaintiff, <br><br> v. <br><br> CLOUDFLARE, INC., <br><br> Defendant. | Case Number: <br><br> **DECLARATION OF CHAKA PATTERSON** <br><br> **IN SUPPORT OF ISSUANCE OF SUBPOENA PURSUANT TO 17 U.S.C. § 512(h)** |

I, CHAKA PATTERSON, the undersigned, declare that:

1. I am Senior Vice President, General Counsel, and Corporate Secretary for Adtalem Global Education Inc. ("Adtalem").

2. Adtalem is a leading workforce solutions provider that partners with organizations to proactively address future workforce needs and empowers career development with access to world-class academic curriculums, certifications and training programs across the medical and healthcare and financial services industries.

3. Adtalem is the parent company of Becker Professional Development Corporation ("Becker"), which owns the Association of Certified Anti-Money Laundering Specialists LLC ("ACAMS"). Adtalem is authorized to act on behalf of Becker and ACAMS in connection with matters involving infringement of their copyrighted materials.

4. Adtalem is requesting enforcement of the attached proposed subpoena that would order Cloudflare, Inc. to disclose the identities, including names, physical addresses, IP addresses, telephone numbers, e-mail addresses, payment information, account updates and account histories of the users operating the following websites:

    https://vceplus.com/acams-certification/

5. The unauthorized materials posted to the website are covered by registered U.S. Copyright Nos.: TX0008776514, TX0008776569, TX0008776552, and TX0008776565.

6. This subpoena is sought to obtain the identities of the individuals assigned to the website that have, without authorization, reproduced and offered for distribution, copyrighted materials owned by Adtalem, Becker, and/or ACAMS. This information sought will only be used for the purposes of protecting the rights granted to Adtalem, Becker, and/or ACAMS, under Title II of the Digital Millennium Copyright Act.

- 2 -

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information or belief.

Executed at Chicago, Illinois, on October 27, 2020.

_____
Chaka Patterson